No. 717. CRUMP *v.* SAIN, SHERIFF. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Donald Page Moore* for petitioner. *Daniel P. Ward* and *Edward J. Hladis* for respondent.

No. 744. UNION LEADER CORP., DOING BUSINESS AS MANCHESTER UNION LEADER ET AL., *v.* CHAGNON, DOING BUSINESS AS CHAGNON'S GARDEN CENTER. Supreme Court of New Hampshire. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Edward P. Morgan* and *Herbert E. Forrest* for petitioner. *Stanley M. Brown* for respondent.

No. 480, Misc. MCCALLUM *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 705, Misc. VALENTINE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 812, Misc. BAGGETT *v.* ALABAMA. Court of Appeals of Alabama. Certiorari denied. *Patrick W. Richardson* for petitioner. *MacDonald Gallion*, Attorney General of Alabama, and *John C. Tyson III*, Assistant Attorney General, for respondent.

No. 815, Misc. EX PARTE BLAKELY. Court of Criminal Appeals of Texas. Certiorari denied.